IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01314-WYD-KMT

DARRELL IGOU, and,
CONNIE IGOU,

     Plaintiffs,

v.

BANK OF AMERICA, N.A., and,
BAC HOME LOANS SERVICING, L.P.,

     Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order filed on May 29, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that judgment is hereby entered in favor of Defendants, Bank of America, N.A. and BAC Home Loans Servicing, L.P., and against Plaintiffs, Darrell Igou and Connie Igou, on Defendants' Motion to Dismiss.  It is further

ORDERED that plaintiff's complaint and action are dismissed with prejudice.

DATED at Denver, Colorado this <u>8th</u> day of July, 2013.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By: <u>s/ Edward P. Butler</u>
                        Edward P. Butler,
                        Deputy Clerk